IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| BECKY CLEMENTS, | CV 19-45-BU-BMM-KLD |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| Comprehensive Security Services, Inc., a Montana registered foreign corporation, Firstline Transportation Security, Inc., a Montana registered foreign corporation, ABD Corporation, ABC LLCs, and JOHN DOES 1-10, | |
| Defendants. | |

Defendant Firstline Transportation Security, Inc. ("Firstline") has filed an unopposed motion to continue the preliminary pretrial conference set for November 21, 2019. (Doc. 7.) In support of its motion, Firstline explains that its lead counsel is scheduled to be in trial on the date set for the preliminary pretrial conference.

IT ORDERED that Firstline's motion to reschedule the preliminary pretrial conference is GRANTED. The November 21, 2019 preliminary pretrial conference is VACATED and RESET for November 26, 2019 at 11:00 a.m. at the Russell Smith Courthouse, 201 E. Broadway, in Missoula, Montana.

1

IT IS FURTHER ORDERED that the parties shall file their preliminary pretrial statements, joint discovery plan, and joint statement of stipulated facts on or before November 19, 2019.

All remaining provisions of the Court's Order entered August 26, 2019 (Doc. 3), shall remain in effect.

DATED this 30th day of October, 2019.

_____
Kathleen L. DeSoto
United States Magistrate Judge